UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL<br><br>        Plaintiff,<br><br>    v.<br><br>KENNY SCHOETTLER AND SCHOETTLER TIRE, INC..,<br><br>        Defendant. | No. 1:15-CV-0810---MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AS TO DAVID TOWNSEL ONLY**<br><br>**(ECF No. 2)** |

   Plaintiff, David Townsel ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on May 29, 2015. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff, David Townsel, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

Dated:   June 5, 2015                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

1