UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNY SCHOETTLER,<br><br>　　　　Defendant. | CASE NO. 1:15-cv-0810-MJS<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**(ECF NO. 6)**<br><br>**CLERK TO CLOSE CASE** |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action. On November 5, 2015, Plaintiff's complaint was dismissed for failure to state a claim, and he was granted thirty days to file an amended pleading. (ECF No. 5.) When Plaintiff failed to respond to that court order, the undersigned ordered him to show cause why his action should not be dismissed for failure to comply with a court order and failure to prosecute. (ECF No. 6.) Plaintiff has again failed to respond to the Court's order.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The February 23, 2016, Order to Show Cause (ECF No. 6) is vacated;

　　　　2. This action is dismissed without prejudice; and

　　　　3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　　April 13, 2016　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28